**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Jesus Esquivel

                        Plaintiff,

v.                                                    Case No.: 1:16–cv–04829
                                                       Honorable Harry D. Leinenweber

Doc Able's Auto Clinic, Inc., et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 14, 2016:

     MINUTE entry before the Honorable Harry D. Leinenweber:Status hearing held on 12/14/2016. All matters in controversy having been settled, cause dismissed with prejudice. Civil case terminated. Mailed notice(wp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.